USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 10, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                       :
STAR INDEMNITY & LIABILITY CO., *et al.*,   :
                                                       :
                           Plaintiffs,   :      13 Civ. 8241 (KPF)
            v.                                   :
                                                       :         ORDER
UNITED STATES OF AMERICA,           :
                                                       :
                          Defendant.   :
                                                       :
------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

      As discussed during yesterday's conference, the Court shall extend the deadline for the completion of expert depositions to **February 16, 2015**, with the understanding that this will allow the parties to participate in mediation and conduct any necessary expert depositions.  In the event that the anticipated mediation is unsuccessful, the parties shall promptly notify the Court in writing.  The parties shall, at that time, confirm their availability for a bench trial in April.

      SO ORDERED.

Dated:     December 10, 2014
             New York, New York

                                                    _____
                                                      KATHERINE POLK FAILLA
                                                      United States District Judge